UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES CONNER, | Plaintiff, |
| v. | Civil Action No. 3:21-cv-255-DJH-LLK |
| PROVIDENT FUNDING ASSOCIATES, L.P. and EQUIFAX INFORMATION SERVICES, LLC, | Defendants. |

\* \* \* \* \*

### ORDER

Plaintiff James Conner having filed a notice of voluntary dismissal with prejudice as to Conner's claims against Provident Funding Associates, L.P. (Docket No. 5), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Conner's claims against Provident Funding Associates are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Provident Funding Associates, L.P. as a defendant in the record of this matter.

This Order does not affect Conner's claims against any other defendant.

May 19, 2021

David J. Hale, Judge
United States District Court