IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | | |
|---|---|---|
| JAMES CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:21-cv-00255-DJH-LLK |
| | ) | |
| PROVIDENT FUNDING ASSOCIATES, | ) | |
| L.P. ET AL | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, James Conner, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files

this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax

Information Services, LLC, who have neither filed an Answer nor Motion for Summary Judgment

in this action.  Each party shall bear his/its own fees.

Respectfully submitted this 28th day of July, 2021.

HEMMINGER LAW OFFICE, PSC

/s/ *Emily H. Funk*
Emily H. Funk
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: emilyfunk.hlolaw@gmail.com
*Attorney for Plaintiff James Conner*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Emily H. Funk*
Emily H. Funk
