UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES CONNER, Plaintiff,

v. Civil Action No. 3:21-cv-255-DJH-LLK

PROVIDENT FUNDING ASSOCIATES, L.P. and EQUIFAX INFORMATION SERVICES, LLC, Defendants.

\* \* \* \* \*

## ORDER

Plaintiff James Conner having filed a notice of voluntary dismissal with prejudice (Docket No. 7), no answer or motion for summary judgment having been filed by Defendant Equifax Information Services, LLC, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Conner's claims against Equifax are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

(2) All claims having been resolved (*see* D.N. 6; D.N. 7), this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

July 30, 2021

David J. Hale, Judge
United States District Court

1